UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **CITY OF BANGOR, MAINE,**               )<br>                                                              )<br>      Plaintiff and                                )<br>      Counterclaim Defendant,        )<br>                                                              )<br>v.                                                          )<br>                                                              )<br>**CITIZENS COMMUNICATIONS**     )<br>**COMPANY,**                                       )<br>                                                              )<br>      Defendant and                           )<br>      Counterclaim Plaintiff               ) | **Civil Action,**<br>**Docket No. 02-183-B-S** |

## PLAINTIFF'S WITNESS LIST

1. Ed Barrett, City Manager
   City of Bangor
   73 Harlow Street
   Bangor, ME  04401
   (207) 945-4400

   Occurrence Witness
   Estimated time for direct examination:  1 hour
   Anticipated subject matter:  Penobscot River investigation, riverfront
          redevelopment plans, and corroboration between the City of Bangor and
          Maine D.E.P.

2. Eugene L. McLinn, Senior Project Hydrogeologist
   RMT, Inc.
   P.O. Box 8923
   Madison, VT  53708-8923
   (608) 662-5196

   Expert Witness
   Estimated time for direct examination:  3 days
   Anticipated subject matter:  Penobscot River investigation.

3. Neal S. Shifrin, Ph.D.
   Gradient Corporation
   20 University Road

1

Cambridge, MA  02138
(617) 395-5000

Expert Witness
Estimated time for direct examination:  2 days
Anticipated subject matter:  History of Bangor Gas Plant.

4. David J. Dunning, Senior Environmental Scientist
   S.W. Cole Engineering, Inc.
   37 Liberty Drive
   Bangor, Maine 04401
   (207) 848-5714

   Expert Witness
   Estimated time for direct examination:  ½ day
   Anticipated subject matter:  Penobscot River investigation.

   Occurrence witness
   Estimated time for direct examination:  1 hour
   Anticipated subject matter:  Observation of river sheens and other tar-produced phenomena during recreational activities on the Penobscot River.

5. David M. Mauro, President and Senior Chemist
   META Environmental, Inc.
    49 Clarendon Street
   Watertown, MA  02472
   (617) 923-4662

   Expert witness
   Estimated time for direct examination:  1 day
   Anticipated subject matter:  Chemical analysis of samples taken during the Penobscot River investigation.

6. James D. Ring, P.E., Director of Infrastructure and Development Support
   City of Bangor
   73 Harlow Street
   Bangor, Maine  04401
   (207) 945-4400

   Expert witness
   Estimated time for direct examination:  ½ day
   Anticipated subject matter:  history and functioning of Bangor sewer system.

   Occurrence witness
   Estimated time for direct examination:  1 hour

      Anticipated subject matter:  Observation of river sheens and other tar-produced phenomena during recreational activities on the Penobscot River.

7. Richard A. Day, Licensed Land Surveyor
   Plisga & Day
   72 Main Street
   Bangor, ME  04401
   (207) 947-0019

   Expert witness
   Estimated time for direct examination:  ½ day
   Anticipated subject matter:  Property ownership and location of historic shore frontage along Penobscot River.

8. Rodney G. McKay, Director
   Community and Economic Development
   City of Bangor
   73 Harlow Street
   Bangor, ME  04401
   (207) 945-4400

   Occurrence witness
   Estimated time for direct examination:  1 hour
   Anticipated subject matter:  City of Bangor redevelopment plans on Riverfront.

9. Kathy Niziolek
   Maine Department of Environmental Protection
   Bureau of Remediation and Waste Management
   17 State House Station
   Augusta, ME  04333
   (207) 287-7688

   Occurrence witness
   Estimated time for direct examination:  ½ day
   Anticipated subject matter:  Relative cooperation between City of Bangor and Maine DEP vs. Citizens Communication Company.

10. Mark Hyland
    Maine Department of Environmental Protection
    Site Investigation and Remediation
    Bureau of Remediation and Waste Management
    17 State House Station
    Augusta, ME  04333
    (207) 287-7688

    Occurrence witness

3

    Estimated time for direct examination:  1 hour
    Anticipated subject matter:  Relative cooperation between City of Bangor and Maine DEP vs. Citizens Communication Company.

11. Hank Aho, Unit Supervisor
    Maine Department of Environmental Protection
    State Uncontrolled Hazardous Substance Sites Unit
    17 State House Station
    Augusta, ME  04333
    (207) 287-7688

    Occurrence witness
    Estimated time for direct examination:  1 hour
    Anticipated subject matter:  Relative cooperation between City of Bangor and Maine DEP vs. Citizens Communication Company.

12. Troy Smith, Geologist
    Maine Department of Environmental Protection
    State Uncontrolled Hazardous Substance Sites Unit
    17 State House Station
    Augusta, ME  04333
    (207) 287-7688

    Occurrence witness
    Estimated time for direct examination:  3 hours
    Anticipated subject matter:  Relative cooperation between City of Bangor and Maine DEP vs. Citizens Communication Company, and prior riverfront investigations by Maine DEP.

13. Meredith Westover, Environmental Scientist
    RMT, Inc.
    P.O. Box 8923
    Madison, WI  53708-8923
    (608) 662-5196

    Expert witness
    Estimated time for direct examination:  ½ day
    Anticipated subject matter:  Field investigation of Penobscot River and adjacent area including Old Stone Sewer.

14. Jeffrey W. McElroy, Geologist
    S.W. Cole Engineering, Inc.
    37 Liberty Drive
    Bangor, Maine 04401
    (207) 848-5714

       Occurrence Witness
       Estimated time for direct examination:  2 hours
       Anticipated subject matter:  Observations made in Penobscot River area in connection with S.W. Cole Engineering's investigation.

15. John "Jack" Kreuger, Laboratory Director
    Health & Environmental Testing Laboratory
    Maine Department of Health & Human Services
    21 State Street
    Augusta, ME  04333
    (207) 287-2727

    Occurrence witness
    Estimated time for direct examination:  ½ day
    Anticipated subject matter:  Prior Penobscot River investigation by Maine DEP.

16. Brian Beneski, Field Support
    Maine Department of Environmental Protection
    Site Assessment & Support Services Unit
    17 State House Station
    Augusta, ME  04333
    (207) 287-7688

    Occurrence witness
    Estimated time for direct examination:  1 hour
    Anticipated subject matter:  Prior Penobscot River investigation by Maine DEP.

17. Nicholas Hodgkins, Unit Supervisor
    Maine Department of Environmental Protection
    Bureau of Remediation and Waste Management
    17 State House Station
    Augusta, ME  04333
    (207) 287-7688

    Occurrence witness
    Estimated time for direct examination:  1 hour
    Anticipated subject matter:  Prior Penobscot River investigation by Maine DEP.

18. John Cashwell, Councilor
    Bangor City Council
    City of Bangor
    73 Harlow Street
    Bangor, ME  04401
    (207) 945-4400

    Occurrence witness

      Estimated time for direct examination:  2 hours
      Anticipated subject matter:  City redevelopment plans along riverfront and cooperation between City of Bangor and Maine DEP.

19. Keeper of Records
    City of Bangor
    73 Harlow Street
    Bangor, ME  04401
    (207) 945-4400

    Occurrence witness
    Estimated time for direct examination:  1 hour
    Anticipated subject matter:  Authentication of city records.

20. Keeper of Records
    Beazer East, Inc.
    n/k/a Hanson, PLC
    1 Grosvenor Place
    London, UK SW1X7JH
    (020) 7245 1245

    Occurrence witness
    Estimated time for direct examination:  1 hour
    Anticipated subject matter:  Identification and authentication of records of Kopper's Company, Inc.

21. Keeper of Records
    Environmental Data Resources, Inc.
    440 Wheelers Farms Road
    Milford, CT  06460
    (800) 352-0050

    Occurrence witness
    Estimated time for direct examination:  1 hour
    Anticipated subject matter:  Identification of historic maps of the Sanborn Map Company, Inc. and Sanborn Library.

22. L. Russell Mitten, II, Esq.
    Vice President and General Counsel
    Citizens Communication Company
    3 High Ridge Park
    Stamford, CT  06905-1390
    (203) 614-5600

    Occurrence witness

     Estimated time for direct examination: ½ day
     Anticipated subject matter:  Financial condition of company and confirmation of
          Citizens' receipt of communications from City of Bangor re riverfront.

23. Keeper of Records
    Bangor Daily News
    491 Main Street
    Bangor, ME  04401
    (207) 990-8000

    Occurrence witness
    Estimated time for direct examination: ½ day
    Anticipated subject matter:  Identify and authenticate news articles relating to
         riverfront, MPG, and related areas

24. Keeper of Records
    American Gas Association
    400 N. Capital St. NW, 4th Floor
    Washington, DC  00001
    (202) 824-7000

    Occurrence witness
    Estimated time for direct examination:  1 hr.
    Anticipated subject matter:  Identify and authenticate trade industry articles.

25. Daniel Wellington, Code Enforcement Officer
    City of Bangor
    73 Harlow Street
    Bangor, ME  04401
    (207) 945-4400

    Occurrence witness
    Estimated time for direct examination:  1 hr.
    Anticipated subject matter:  Direct observations of tar contamination while
         growing up in vicinity of MGP.

26. Michael Perry, Sewer Maintenance Supervisor
    City of Bangor
    73 Harlow Street
    Bangor, ME  04401
    (207) 945-4400

    Occurrence witness
    Estimated time for direct examination:  2 hrs.
    Anticipated subject matter:  Layout, design, and functioning of city sewer system.

27. John T. Frawley
    Former City Engineer and
    Former Director of Public Works
    For City of Bangor
    Main Road
    Hampden, ME  04444

    Occurrence witness
    Estimated time for direct examination:  3 hrs.
    Anticipated subject matter:  City sewer system layout and alterations to system
          over time.

28. Allen Uhler
    Battelle
    505 King Avenue
    Columbus, OH  43201
    (800) 201-2011

    Expert witness
    Estimated time for direct examination:  1 hour
    Anticipated subject matter:  Analytical standards and interpretation of tar samples.

    Rebuttal witness
    Estimated time for direct examination:  1 hour
    Anticipated subject matter:  testimony re "background"

29. Keeper of the Records
    New England Gas Association
    75 2nd Avenue, Suite 510
    Needham, MA  02494-2824
    (781) 455-6800

    Occurrence witness
    Estimated time for direct examination:  1 hr.
    Anticipated subject matter:  Identify and authenticate records of membership
          and/or attendance of Bangor Gas Light Company and/or Bangor Gas
          Company in the Association and/or at annual meetings of the Association.

30.
30. Tom Asbeck
    Photoscience, Inc.
    2670 Wilhite Drive
    Lexington, KY  40503
    (800) 774-3686

    Rebuttal witness

Estimated time for direct examination:  1 hour
Anticipated subject matter:  Rebuttal testimony concerning interpretation of aerial photographs.

Dated at Bangor, Maine, this 29th day of August, 2005.

        CITY OF BANGOR, MAINE

By    /s/ *William B. Devoe*
      William B. Devoe, Esq.

EATON PEABODY
Bank of America Building
80 Exchange Street
P.O. Box 1210
Bangor, Maine  04402-1210
207-947-0111

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    I, William B. Devoe, Esq., on behalf of the plaintiff, City of Bangor, Maine, do hereby certify that a copy of the foregoing City of Bangor's Response to Motion *In Limine* to Exclude to Exclude any Expert Testimony by Representatives of the Maine Department of Environmental Protection was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the attorney/parties of record who have registered as CM/ECF participants, and that on the date shown above, copies of the aforesaid documents were served by electronic mail upon all Service Attorneys listed in the attached Service List in accordance with the Second Amended Scheduling Order dated August 14, 2003.

        /s/ *William B. Devoe*
        William B. Devoe