## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **CITY OF BANGOR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil No. 02-183-B-S** |
| | ) | |
| **CITIZEN COMMUNICATIONS** | ) | |
| **COMPANY,** | ) | |
| | ) | |
| **Defendant & Third** | ) | |
| **Party Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **BARRETT PAVING MATERIALS, INC. et al,** | ) | |
| | ) | |
| **Third Party Defendants.** | ) | |

### ORDER & REPORT OF PHASE TWO STATUS CONFERENCE

A conference of counsel was held on January 18, 2007, at 10:30 A.M. pursuant to the Court's previous order (Docket # 685).

| | | |
|---|---|---|
| Appearances: | For Plaintiff City of Bangor: | William Devoe |
| | | W. Scott Laseter |
| | For Defendant Citizens Communications Company: | Martha Gaythwaite |
| | | John Hahn |
| | For the State of Maine: | Mary Sauer |

Having heard from counsel regarding the status of their ongoing settlement discussions and significant progress in that regard, the Court hereby continues the previously ordered STAY of this matter until the close of business on February 16, 2007 in order to allow the parties to finalize their contemplated settlement. The Court hereby ORDERS that any report of settlement and accompanying papers be filed on or before noon on February 16, 2007. In the absence of the Court's receipt of these

1

papers by that time, the Court reserves the right to issue a Phase Two Scheduling Order at the close of business on February 16, 2007 or shortly thereafter.  The parties are hereby reminded of their prior representation that they could complete discovery for a Phase Two trial within 90 days and be prepared for a trial date shortly thereafter. (See Aug. 29, 2006 Report of Conference & Order (Docket # 671).)

In light of the above, the Court hereby reschedules the Phase Three Status Conference previously set for February 2, 2007.  The Court will hold this Phase Three Status Conference on February 28, 2007 at 10:00 A.M.[1]  In preparation for this conference, Plaintiff City of Bangor, Defendant and Third Party Plaintiff Citizens Communications Company and all Third Party Defendants shall file status reports on or before noon on February 23, 2007.  The Court expects that these status reports will outline what claims remain to be decided in Phase Three and propose an efficient and fair procedure and timetable for resolving those claims in light of the Court's June 27, 2006 Findings of Fact and Conclusions of Law and any subsequent developments.  To the extent that one or more of the parties agree on these issues, they are encouraged to make a joint submission to the Court.

**SO ORDERED.**

/s/ George Z. Singal
U.S. Chief District Judge

Dated the 18th day of January 2007.

---

[1] If this date and time present an insurmountable conflict for counsel, they shall promptly contact the Clerk's Office to reschedule for some other time between February 26, 2007 and March 1, 2007.  While the Court's preference would be to have counsel for all sides appear in Portland, counsel are free to participate telephonically if necessary.